# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Edna Elaine Stacy                   Case Number:  3:11-00154-01

Name of Judicial Officer: The Honorable R. Allan Edgar, Chief U.S. District Judge, Eastern District of

Tennessee; transfer of jurisdiction on August 4, 2011, to The Honorable William J. Haynes, Jr., Chief U. S.

District Judge

Date of Original Sentence: December 1, 2003

Original Offense:  21 U.S.C. § 841(a)(1) & ((b)(1)(C) and 846, Conspiracy to Manufacture

Methamphetamine

Original Sentence:   108 months' imprisonment and 3 years' supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced: April 1, 2011

Assistant U.S. Attorney:  to be determined          Defense Attorney:  to be determined

---

**THE COURT ORDERS:**

☒ No Action  *no recommended day*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 27th day of September, 2013,
and made a part of the records in the above case.

_____
Chief U. S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place        Columbia, Tennessee

Date         September 27, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.      **Shall not commit another federal, state, or local crime:**

Edna Elaine Stacy was cited for Simple Possession by the Mount Juliet Police Department, Mount Juliet, Tennessee, on September 20, 2013. She is to appear in the Wilson County General Sessions Court, Lebanon, Tennessee, on November 13, 2013, citation number 11146. According to the Affidavit, it states Ms. Stacy gave consent to search her vehicle after being stopped for the passenger not wearing his seat belt. The officer found eight and one half Lortabs, which is a prescribed medication.

On September 23, 2013, Ms. Stacy stated the pills belong to her son, who was the passenger of the vehicle, but admitted she did not have them in the prescription bottle, which was at their home. Ms. Stacy provided a picture of the prescription bottle they were contained in.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Stacy is disabled and resides with her family.

**U.S. Probation Officer Recommendation:**

It is recommended that Ms. Stacy be continued on supervised release. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer